U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an att[orney must either be a member] of this Court's general bar or be granted leave to a[ppear pro hac vice as provided for by Local] Rules 83.12 through 83.14.

07CV6175
JUDGE CASTILLO
MAG. JUDGE NOLAN

In the Matter of

Board of Trustees of the Local Union No. 422 U.A. of Joliet, Illinois Pension Fund, et. al.
        Plaintiff,
  v.
Beaver Plumbing Services, Inc., an Illinois corporation
        Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

FILED
NOV. 1, 2007
NOV - 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | ROSS B. MANTELL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/ Ross B. Mantell |
| FIRM | ARNOLD AND KADJAN |
| STREET ADDRESS | 19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP | CHICAGO, IL. 60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6275431 |
| TELEPHONE NUMBER | (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐