**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL )<br>UNION NO. 422 U.A. OF JOLIET, )<br>ILLINOIS PENSION FUND AND )<br>BOARD OF TRUSTEES OF THE LOCAL )<br>UNION NO. 422 U.A. OF JOLIET, )<br>ILLINOIS WELFARE FUND, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Beaver Plumbing Services, Inc., )<br>an Illinois corporation, )<br>Defendant. ) | No. 07 C 6175<br><br>Judge Castillo<br><br>Magistrate Judge Nolan |

**NOTICE OF VOLUNTARY DISMISSAL**

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, Beaver Plumbing Services, Inc., without prejudice, pursuant to provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

      Respectfully submitted,

      **ARNOLD AND KADJAN**


      s/Donald D. Schwartz
      Donald D. Schwartz
      Attorney for Plaintiffs

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 3rd day of January 2008, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

> Beaver Plumbing Services, Inc.
> c/o its Registered Agent, Daniel J. Quigley
> 1234 N. Cedar Road
> P. O. Box 98
> New Lenox, IL 60451

> s/Donald D. Schwartz

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Boulevard
Chicago, IL 60604
Telephone: (312) 236-0415
Telecopier: (312) 341-0438